No. 81–198. INSURANCE COMPANY OF NORTH AMERICA *v.* FORTY-EIGHT INSULATIONS, INC., ET AL.; and

No. 81–199. LIBERTY MUTUAL INSURANCE CO. *v.* FORTY-EIGHT INSULATIONS, INC., ET AL. C. A. 6th Cir. Motions of Walbrook Insurance Co., Ltd., et al.; Alliance of American Insurers; Hartford Accident & Indemnity Co.; Keene Corp.; Armstrong World Industries, Inc., et al.; and American Home Assurance Co. et al. for leave to file briefs as *amici curiae* granted. Motion of petitioner in No. 81–198 to defer consideration of the petitions for writs of certiorari denied. Certiorari denied. JUSTICE BRENNAN and JUSTICE O'CONNOR took no part in the consideration or decision of these motions and these petitions. Reported below: 633 F. 2d 1212 and 657 F. 2d 814.

No. 81–200. AETNA CASUALTY & SURETY CO. *v.* PORTER ET AL. C. A. 5th Cir. Motion of American Home Assurance Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. JUSTICE BRENNAN and JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.

No. 81–313. OLIVER, WARDEN, ET AL. *v.* HARRIS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.